IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Perez, Jr., | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | Case No. 2:12-cv-01641-ROS |
| | § | |
| Global Acceptance Credit Company LP, | § | |
|     Defendant. | § | |

## **STIPULATION OF DISMISSAL**

Steven Perez, Jr., Plaintiff, and Global Acceptance Credit Company LP, Defendant, hereby stipulate to the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members. The parties will each bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph M. Panvini | /s/ Darrell S Dudzik |
| Joseph M. Panvini | Darrell S Dudzik |
| Weisberg & Meyers, LLC | Hinshaw & Culbertson LLP |
| 5025 N Central Ave., Ste. 602 | 3200 N Central Ave, Ste 800 |
| Phoenix, AZ 85012 | Phoenix, AZ 85012-1946 |
| 602-445-9819 | 602-631-4400 |
| Fax: 866-565-1327 | Fax: 602-631-4404 |
| Email: jpanvini@attorneysforconsumers.com | Email: ddudzik@hinshawlaw.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Perez, Jr., § | | |
|     Plaintiff § | | |
| § | | |
| VS. § | | Case No. 2:12-cv-01641-ROS |
| § | | |
| Global Acceptance Credit Company LP, § | | |
|     Defendant. § | | |

## **ORDER OF DISMISSAL**

Upon stipulation of the parties this action is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members. The parties shall bear their own costs. This is a final judgment and the Clerk is directed to close the file.

This ____ day of _____, 2013.

_____
HON. ROSLYN O. SILVER
UNITED STATES DISTRICT JUDGE