IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Perez, Jr., | No. CV-12-01641-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Global Acceptance Credit Company LP, | |
| Defendant. | |

The Court has considered the parties' Stipulation of Dismissal (Doc. 26).

IT IS ORDERED the stipulation is APPROVED IN PART and this matter is dismissed with prejudice as to Plaintiff Steven Perez, Jr., the parties to bear their own costs.

IT IS FURTHER ORDERED the July 12, 2013 interim status conference is VACATED.

DATED this 18th day of April, 2013.

Roslyn O. Silver
Chief United States District Judge